1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## SOUTHERN DISTRICT OF CALIFORNIA

9

MICHAEL WIEGELE,

10

Plaintiff,

vs.

11

FEDEX GROUND PACKAGE SYSTEM,

12

Defendant.

CASE NO. 06-CV-01330 JM(POR)

**ORDER GRANTING
TEMPORARY AND LIMITED
STAY OF DISCOVERY**

13

Defendant FedEx Ground Package System moves to stay Magistrate Judge

14

Porter's December 12, 2006 Order Granting Plaintiff's Motion to Compel and Issuing

15

Limited Protective Order ("Discovery Order").  Defendant also has filed Objections to

16

the Discovery Order.  In response to the Objections, this court has calendared a hearing

17

on January 26, 2007.

18

In order to allow this court a meaningful opportunity to review the Discovery

19

Order, the court temporarily stays Defendant's obligations to comply with Special

20

Interrogatories One and Two.[1]  The stay of Defendant's discovery obligations is limited

21

to Interrogatories One and Two.  All other discovery obligations remain in effect.

22

**IT IS SO ORDERED.**

23

DATED:  December 28, 2006

24
25

Hon. Jeffrey T. Miller
United States District Judge

26

cc: All Parties

27
28

[1] The court has attempted to contact Plaintiff's counsel for a response to Defendant's Motion to Stay, but was informed that counsel's office is closed for the week of December 25, 2006.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28