1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

MICHAEL WIEGELE,

CASE NO. 06cv1330 JM(POR)

12

                              Plaintiff,

ORDER GRANTING IN PART EX
PARTE APPLICATION TO

13

   vs.

CONTINUE CLASS
CERTIFICATION HEARING DATE;

14

FEDE3X GROUND PACKAGE SYSTEM,
INC.,

SCHEDULING ORDER ON
MOTION

15
16

                            Defendant.

17
18
19
20
21
22
23
24
25

      Defendant moves <u>ex parte</u> to continue the hearing date on Plaintiff's motion for class certification currently calendared for hearing on August 31, 2007.  Defendant also requests that the deadlines to file any opposing and reply papers be calculated in accordance with Local Rule 7.1, effectively continuing those deadlines by about one month, based upon Defendant's proposed hearing date of September 28, 2007.  Defendant articulates that (1) its lead counsel, Barbara Miller, booked non-refundable vacation tickets for the week encompassing August 31, 2007, (Miller Decl. ¶4), and (2) discovery is still on-going with depositions of 18 class members scheduled to be taken by August 17, 2007.  Plaintiff does not oppose the continuance of the hearing date until September 28, 2007, but does oppose continuing the deadlines for filing the opposing and reply papers.

26
27
28

      For good cause shown, based upon counsel's prior prepaid vacation plans and the need to complete class-discovery, the court grants the motion to continue the class certification hearing date to September 28, 2007 at 1:30 p.m., and sets the following briefing schedule: opposing brief to be filed

1    and served by September 4, 2007, and reply brief to be filed and served by September 14, 2007.

2

3    DATED:  July 31, 2007

4                                                                    _____
                                                                     Hon. Jeffrey T. Miller
5                                                                    United States District Judge

6

7    cc:    All parties

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28