UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WIEGELE on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1 through 500, inclusive,<br><br>          Defendants. | Civil No.   06cv1330-JM (POR)<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO DEPOSE ADDITIONAL WITNESSES AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[Docket No. 55]** |

    The Court held a Discovery Conference on July 30, 2007 to consider Defendant's Ex Parte Application for Leave to Depose Additional Witnesses ("Application").  Kevin Barnes and Michael Singer appeared on behalf Plaintiff; Barbara Miller appeared on behalf of Defendant.

    Plaintiff's Motion to Certify Class was submitted to the Honorable Jeffrey T. Miller on July 24, 2007.  Amongst the documentation in support of Plaintiff's motion are the declarations of eighteen putative class members.  Defendants seek leave to take depositions of these eighteen putative class members.  The Application represents that before making this request to the Court, Defendant's counsel requested that Plaintiff's counsel stipulate to allow Defendant to take these eighteen depositions, but Plaintiff's counsel declined to do so.

    Rule 30 of the Federal Rules of Civil Procedure limits parties to ten depositions unless the parties stipulate in writing to more, or a party obtains leave of the court.  Defendant's Application lists the issues that Defendant intends to explore in deposition for the purpose of responding to Plaintiff's Motion to Certify Class.

- 1 -

1      Based on the Application, Defendant's request is hereby GRANTED. Defendant may take the testimony of the eighteen putative class members whose declarations were filed in support of Plaintiff's Motion to Certify Class, on or before **August 17, 2007**. <u>The depositions of the eighteen putative class members shall be limited to two hours per deposition</u>.

     During the Discovery Conference Defendant's counsel made the representation that Defendant's opposition to Plaintiff's Motion to Certify Class will also be supported by more than ten declarations and therefore Plaintiff requested leave of the Court to take more than ten depositions to support Plaintiff's reply to Defendant's opposition. IT IS HEREBY ORDERED that, without further Court order, Plaintiff may take the testimony of eighteen declarants whose declarations are to be filed in support of Defendant's opposition to Plaintiff's Motion to Certify Class, on or before **August 24, 2007** or one week prior to the date on which Plaintiff's reply will be due. <u>The depositions of the declarants whose declarations are to be filed in support of Defendant's opposition shall be limited to two hours per deposition</u>.

     The parties shall cooperate to schedule these depositions in a timely manner.

     The Case Management Conference scheduled for August 31, 2007 at 9:30 a.m. shall be continued until **September 21, 2007** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiffs shall coordinate and arrange the conference call.

     IT IS SO ORDERED.

DATED: July 31, 2007

                                          LOUISA S PORTER
                                          United States Magistrate Judge

cc:       The Honorable Jeffrey T. Miller

          All parties