UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WIEGELE on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1 through 500, inclusive,<br><br>Defendants. | Civil No.   06cv1330-JLS (POR)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE FEES OF PLAINTIFFS' EXPERT**<br><br>**[Docs. 221, 222]** |

On December 11, 2009, Defendant filed a Joint Discovery Motion for a Protective Order Reducing Fees of Plaintiffs' Expert Jon A. Krosnick [Doc. 221]. On the same day, Defendant also filed a Motion for Protective Order Reducing the Fees of Plaintiffs' Expert Jon A. Krosnick [Doc. 222], which the Court shall construe as a Memorandum of Points and Authorities in support of Defendant's position in the Joint Discovery Motion. On December 14, 2009, the Court held a Discovery Conference off the record to address whether Dr. Krosnick's billing rate is "reasonable" within the meaning of Federal Rule of Civil Procedure 26(b)(4)(C). After reviewing the parties' pleadings and voluminous record, the Court evaluated Dr. Krosnick's rates in light of the following factors:

(1) the witness's area of expertise;

(2) the education and training required to provide the expert insight which is sought;

(3) the prevailing rates of other comparably respected available experts;

(4) the nature, quality, and complexity of the discovery responses provided;

(5) the fee actually charged to the party who retained the expert; and

(6) fees traditionally charged by the expert on related matters.

Mendez v. Unum Provident Corp., 2005 WL 1774323 at *2 (N.D. Cal. 2005)(citing Edin v. The Paul Revere Life Ins. Co., 188 F.R.D. 543, 546 (D. Ariz.1999)).  Also, under the general rule, "the deposing party need only pay for the expert's time spent during the deposition itself."  William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe, *Federal Civil Procedure Before Trial*, § 11:464.5 (The Rutter Group 2008).  Based thereon, the Court finds that Dr. Krosnick's fee rate of $1,500 per hour is reasonable for the deposition itself.  However, Defendant is not obligated to pay any fees for Dr. Krosnick's preparation time.

IT IS SO ORDERED.

DATED:  December 16, 2009

                                                      *[signature]*
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Janis L. Sammartino
       All parties