UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WIEGELE, et al, <br><br>                                    Plaintiffs, <br><br>       v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1 through 500, inclusive, <br><br>                                    Defendant. | Civil No.   06cv1330-JLS (POR) <br><br> **ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

On December 13, 2010, the Court held a Mandatory Settlement Conference in this matter. Appearing before the Court were: Barbara Miller, Esq., counsel for Defendants; Joseph Milcoff, representative of Defendants; Jim Gilbert, Esq., James Jason Hill, Esq., Kevin Barnes, Esq., and Mike Sheridan, Esq., counsel for Plaintiffs; and Plaintiffs Terry Locatelli, Michael Weigele, Ocie Brown, Armond Gray, Randal Bortman, Yonnie Langham, Neisha Gibbs, Tessa Bishop, Peter Fierro, Kyle Willingham, Jose Valladares, Akil Chavies, Adina Benford, Bryon Brooks, and Abbie Shankel.  Plaintiffs Brian Chon, Jessie Alumit, and Bernardo San Ramon were available by telephone per this Court's December 7, 2010 order.  (Doc. 294.)

The case did not settle.  There shall be no further settlement conferences scheduled as settlement appears futile at this time.  The parties shall contact the chambers of the Honorable Louisa

//

1  //

2  S. Porter if they wish to schedule a settlement conference in the future.  The Court hereby confirms

3  the dates set forth in the September 24, 2010 Scheduling Order (Doc. 289.)

4  **IT IS SO ORDERED.**

6  DATED:  December 15, 2010

   _____
8  LOUISA S PORTER
   United States Magistrate Judge

10 cc:     The Honorable Janis L. Sammartino
11         All parties